UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:

RAMON I. ALVAREZ
KIMBERLY D. ALVAREZ,

Debtors.

1817 Willard Dr.
Canton, MI 48187
XXX-XX-5912
XXX-XX-9183

_____/

Case No. 14-49330-MBM
Honorable MARCI B. MCIVOR
Chapter 13

## OBJECTIONS TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN ON BEHALF OF FORD MOTOR CREDIT COMPANY LLC

Creditor Ford Motor Credit Company LLC ("Objector") by and through counsel, KILPATRICK & ASSOCIATES, P.C., states:

1. The Debtors ("Debtor" as used herein shall include both Debtors in a joint case) filed a voluntary Chapter 13 petition on May 30, 2014.

2. On the Petition Date the Debtor was indebted to Objector in the amount of $28,631.09 (plus interest, fees and costs) and in possession of the following: 2014 Ford F150 (VIN: 1FTFX1EF2EFB08861) (Acct. No.: 1905) (the "Vehicle").

3. The Vehicle listed in Paragraph 2 was purchased on a Retail Installment Sale Contract (the "Contract").

4. The Proposed Plan cannot be confirmed for the following reasons:

(a) The Proposed Plan understates the contractual monthly payment. The correct payment is $426.06.

(b) The Objector is not adequately protected pursuant to 11 U.S.C. §1326 as:

    (i) The Debtor has failed to demonstrate the Vehicle is insured pursuant to 11 U.S.C. §1326(a)(4).

**WHEREFORE,** Ford Motor Credit Company LLC requests the Court to deny confirmation of the Proposed Plan, and to grant such other relief as may be appropriate and just.

Respectfully submitted,

**KILPATRICK & ASSOCIATES, P.C.**

By: /s/
MICHAEL P. HOGAN, ESQ. (P63074)
RYAN J. BYRD, ESQ. (P75906)
Attorneys for Creditor, Ford Motor Credit Company LLC
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
ecf@kaalaw.com
(248) 377-0700

Dated: June 10, 2014